# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:  Herman Derrick Lue,  Debtor.

Marcia Dunn, Plaintiff.
v.
Herman Derrick Lue, Defendant.
_____/

Case No.  18-20182-RAM
Adv. No.  19-01174-RAM

Chapter 7

## REPORT OF MEDIATOR

The undersigned court-appointed mediator, reports to the court as follows:

    A.    A mediation conference was scheduled on  March 3, 2020 .

    B.    _____ The parties reached an impasse.

    C.    __X__ The parties settled all issues.

    D.    _____ The conference was continued and an additional mediation conference will be scheduled.

    E.    _____ The matter settled after the Pre-Settlement Conference Call but prior to mediation conference.

    F.    _____ Other:

<u>Attendance:</u>
Parties and Counsel present:  All that were required.

Dated: March 4, 2020

                                            Signature of Mediator
                                 Hon. Paul G. Hyman, Jr.
                                                Print Name
                             299 E. Broward Blvd., Room 112
                                                 Address
                               Ft. Lauderdale, FL 33301
                                       City, State, Zip Code

Copies to:
      Barry S. Turner, Esq. is hereby directed to serve a copy of this report of mediator on all interested parties and file a Certificate of Service thereof.

LF-54 (rev. 12/01/09)